COURT
OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS HARRINGTON, et al. )    2004 JAN 20 ⊃ 10: 10
          Plaintiffs )
                    )
          v. )    Civ. Action No. 00-CV-11028-RGS
                    )            'S OFFICE
ELAINE CHAO, Secretary of )
    Labor, United States )
    Department of Labor )
          Defendant )
_____ )

NOTICE OF APPEAL

Notice is hereby given that Elaine Chao, Secretary of Labor, United States Department of Labor, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the November 25, 2003, as well as all orders leading up to said judgment, including the order granting plaintiffs' motion for summary judgment entered on October 8, 2003.

HOWARD M. RADZELY
Solicitor of Labor

ALLEN H. FELDMAN
Associate Solicitor

NATHANIL I. SPILLER
Deputy Associate Solicitor

GARY K. STEARMAN
Senior Appellate Attorney
U.S. Department of Labor
200 Constitution Ave., N.W.
Suite N-2700
Washington D.C.  20210

Of Counsel

MICHAEL J. SULLIVAN
United States Attorney

By _____
   Anita Johnson
   Assistant U.S. Attorney
   U.S. Attorney's Office
   Suite 9200
   Moakley U.S. Courthouse
   One Courthouse Way
   Boston, Massachusetts 02110
   (617)748-3282