# United States Court of Appeals
## For the First Circuit

———

No. 04-1144

THOMAS J. HARRINGTON; RICHARD S. NEVILLE; THOMAS FORDHAM;
FRANCIS J. FERGUSON; JOHN A. BIGGINS; MARK J. DURKIN,
Plaintiffs, Appellees,

JOSEPH D. FLEMMING, III,
Plaintiff,

*00 - 11028*
*Honorable Richard*
*Stern*

v.

ELAINE L. CHAO, Secretary of Labor,
Defendant, Appellant.

———

**JUDGMENT**

Entered: June 21, 2004

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the case is remanded with instructions to enter judgment for the Secretary. No costs are awarded.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/13/04

By the Court:
Richard Cushing Donovan, Clerk

MARK R. SYSKA

By: Mark R. Syska, Chief Deputy Clerk

[Certified copies to Hon. Richard G. Stearns, Mr. Tony Anastas, Clerk, United States District Court for Massachusetts. Copies to Mr. Kanter, Mr. Feinberg, Mr. Hyde and Mr. Hall.]