# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

THOMAS J. HARRINGTON, ET AL

     V.                               CIVIL ACTION NO. 00-11028-RGS

ELAINE L. CHAO, Secretary of the
U. S. Department of Labor

# J U D G M E N T

STEARNS, DJ.                                           MAY 1, 2006

IN ACCORDANCE WITH THE MANDATE ISSUED BY THE U. S. COURT OF APPEALS ON AUGUST 16, 2004 IN THE ABOVE-CAPTIONED ACTION,

IT IS HEREBY ORDERED:   JUDGMENT IS  ENTERED IN FAVOR OF THE DEFENDANT, THE SECRETARY OF THE U. S. DEPARTMENT OF LABOR.

SO ORDERED.

                                     RICHARD G. STEARNS
                                     UNITED STATES DISTRICT JUDGE

      BY:

                                     /s/ Mary H. Johnson
                                     Deputy Clerk